UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EDUARDO CAMACHO, <br><br> Petitioner, <br> v. <br> E.K. MCDANIEL, et al., <br><br> Respondents. | Case No. 3:11-cv-00318-LRH-WGC <br><br> ORDER |

This counseled 28 U.S.C. § 2254 habeas matter is before the court on motions for extension of time by both parties. Good cause appearing,

**IT IS ORDERED** that respondents' motion for extension of time to file an answer to the petition (ECF No. 56) is **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that petitioner's first and second motions for extension of time to file a reply in support of the petition (ECF Nos. 58 and 59) are both **GRANTED**. Petitioner shall file the reply on or before July 28, 2017.

DATED this 5th day of June, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1